UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

FILED
EASTERN DISTRICT COURT
ARKANSAS
APR 05 2023
TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:23CR00030 KGB |
| | ) | |
| v. | ) | |
| | ) | 18 U.S.C. §§ 2251(a) and (e) |
| TYLER BALL | ) | |

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

**COUNT ONE**

Between in or about January 2015, to in or about April 2015, in the Eastern District of Arkansas and elsewhere, the defendant,

TYLER BALL,

did knowingly employ, use, persuade, induce, entice, and coerce a minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct (namely filename: 8318756566666084863), and he knew or had reason to know that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, and the materials used to produce the visual depiction were mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer or cellular telephone, and such visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce or mailed.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT TWO

Between in or about January 2015, to in or about April 2015, in the Eastern District of Arkansas and elsewhere, the defendant,

TYLER BALL,

did knowingly employ, use, persuade, induce, entice, and coerce a minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct (namely filename: 3843185702873901615), and he knew or had reason to know that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, and the materials used to produce the visual depiction were mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer or cellular telephone, and such visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce or mailed.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT THREE

Between in or about January 2015, to in or about April 2015, in the Eastern District of Arkansas and elsewhere, the defendant,

TYLER BALL,

did knowingly employ, use, persuade, induce, entice, and coerce a minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct (namely filename: 8319621225806236185), and he knew or had reason to know that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, and the materials used to produce the visual depiction were mailed, shipped, or transported in interstate or foreign commerce by any

means, including by computer or cellular telephone, and such visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce or mailed.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT FOUR

Between in or about January 2015, to in or about April 2015, in the Eastern District of Arkansas and elsewhere, the defendant,

TYLER BALL,

did knowingly employ, use, persuade, induce, entice, and coerce a minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct (namely filename: 8029872441765495344), and he knew or had reason to know that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, and the materials used to produce the visual depiction were mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer or cellular telephone, and such visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce or mailed.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT FIVE

Between in or about January 2015, to in or about April 2015, in the Eastern District of Arkansas and elsewhere, the defendant,

TYLER BALL,

did knowingly employ, use, persuade, induce, entice, and coerce a minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct (namely

filename: 8614894441522641848), and he knew or had reason to know that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, and the materials used to produce the visual depiction were mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer or cellular telephone, and such visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce or mailed.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

### COUNT SIX

Between in or about January 2015, to in or about April 2015, in the Eastern District of Arkansas and elsewhere, the defendant,

TYLER BALL,

did knowingly employ, use, persuade, induce, entice, and coerce a minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct (namely filename: 633167510672280547), and he knew or had reason to know that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, and the materials used to produce the visual depiction were mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer or cellular telephone, and such visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce or mailed.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT SEVEN

Between in or about January 2015, to in or about April 2015, in the Eastern District of Arkansas and elsewhere, the defendant,

TYLER BALL,

did knowingly employ, use, persuade, induce, entice, and a minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct (namely filename: 478264038216224679), and he knew or had reason to know that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, and the materials used to produce the visual depiction were mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer or cellular telephone, and such visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce or mailed.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT EIGHT

Between in or about January 2015, to in or about April 2015, in the Eastern District of Arkansas and elsewhere, the defendant,

TYLER BALL,

did knowingly employ, use, persuade, induce, entice, and coerce a minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct (namely filename: 3020629875306291205), and he knew or had reason to know that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, and the materials used to produce the visual depiction were mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer or cellular telephone, and such visual depiction was actually

transported or transmitted using any means or facility of interstate or foreign commerce or mailed.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

### COUNT NINE

Between in or about January 2015, to in or about April 2015, in the Eastern District of Arkansas and elsewhere, the defendant,

TYLER BALL,

did knowingly employ, use, persuade, induce, entice, and coerce a minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct (namely filename: 53189801404127986 63), and he knew or had reason to know that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, and the materials used to produce the visual depiction were mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer or cellular telephone, and such visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce or mailed.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

### FORFEITURE ALLEGATION ONE

Upon conviction of any of Counts One through Nine of this Indictment, the defendant, TYLER BALL, shall forfeit to the United States, under Title 18, United States Code, Section 2253(a)(3), all property, real or personal, used or intended to be used to commit or to promote the commission of the offense and all property traceable to the property used or intended to be used to commit the offense.